UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 97-cv-00289-WYD

JOSEPHEUS HAYNES,

    Plaintiff,

v.

DEPUTY DISTRICT ATTORNEY JOHN H. DAVIS, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's pleading entitled "Enjoin Limon Correctional Facility Obstruction of Justice" (ECF No. 48), filed August 23, 2010, is **STRICKEN**. This case was dismissed with prejudice on March 17, 1999. The Clerk's Office is directed to strike all future motions for relief in this matter.

    Dated: August 24, 2010.